1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **DISTRICT OF NEVADA**

7

8 JONATHAN W. MUNDO, )

Plaintiff, ) 2:16-cv-00130-APG-CWH
9 )

vs. ) **REPORT AND RECOMMENDATION**
10 )

STEVEN GRIFFIN, )
11 )

Defendant. )
12 _____ )

13      On May 17, 2017, the court entered an order requiring Plaintiff Jonathan W. Mundo to file an

14 amended application to proceed *in forma pauperis* or to pay the filing fee in this case. (Order (ECF

15 No. 2).) Plaintiff's deadline for doing so was June 16, 2017. (*Id.* at 2.) Plaintiff was advised that

16 failure to comply with the court's order would result in a recommendation that his case be dismissed.

17 (*Id.*) Plaintiff has not taken any action in this case since the court's order dated May 17, 2017, and

18 therefore appears to have abandoned the case. Additionally, the court's order (ECF No. 2) was

19 returned as undeliverable (*see* ECF No. 3), and Plaintiff has not filed a notice of change of address as

20 required by Local Rule IA 3-1 and Local Special Rule 2-2, which is an independent grounds for

21 dismissal under the court's local rules.

22      IT IS THEREFORE RECOMMENDED that Plaintiff Jonathan W. Mundo's case be

23 dismissed without prejudice.

24                     **NOTICE**

25      This report and recommendation is submitted to the United States district judge assigned to

26 this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may

file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: June 21, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**