# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JONATHAN MUNDO, | Case No. 2:16-cv-00130-APG-CWH |
| Plaintiff, | **ORDER ACCEPTING REPORT & RECOMMENDATION** |
| v. | (ECF No. 4) |
| STEVEN GRIFFIN, | |
| Defendant. | |

On June 21, 2017, Magistrate Judge Hoffman entered a report and recommendation that I dismiss the complaint because Mundo did not file an amended application to proceed in forma pauperis or pay the filing fee by the deadline previously given. ECF No. 4. Judge Hoffman also noted that the court's prior order was returned in the mail as undeliverable. *Id.* Plaintiff Jonathan Mundo did not file an objection. Additionally, Judge Hoffman's order was returned in the mail. ECF No. 5.

I conducted a de novo review of the issues set forth in the report and recommendation. 28 U.S.C. § 636(b)(1). Judge Hoffman sets forth the proper legal analysis and factual basis for the decision. It appears Mundo has abandoned the case and has failed to comply with Local Rule of Special Proceedings 2-2, which requires a pro se plaintiff in a civil rights case to immediately notify the court of any of change of address. "Failure to comply with this Rule may result in dismissal of the action with prejudice." LSR 2-2.

IT IS THEREFORE ORDERED that Judge Hoffman's report and recommendation (ECF No. 4) is accepted and the complaint is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 2nd day of August, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE